**STATE of Maine**

v.

**Robert F. FISK, Jr.**

Supreme Judicial Court of Maine.

Argued Nov. 9, 1984.

Decided Feb. 26, 1985.

Paul Aranson, Dist. Atty., Laurence Gardner, Asst. Dist. Atty., David Beneman, Law Student Intern (orally), Portland, for plaintiff.

Greenberg & Greenberg, Stanley Greenberg (orally), Portland, for defendant.

Before McKUSICK, C.J., and NICHOLS, ROBERTS, VIOLETTE, WATHEN and SCOLNIK, JJ.

MEMORANDUM OF DECISION.

Defendant Robert F. Fisk, Jr., appeals from a civil judgment of the District Court (Portland) finding a violation of 29 M.R.S.A. § 1312–C(2)(B) (Supp.1984–1985) (operating under the influence). In *State v. Freeman*, 487 A.2d 1175 (Me.1985), we declared the civil OUI law to be unconstitutional.

The entry is:

Judgment vacated.

Remanded to the Superior Court for entry of judgment as follows:

"Judgment of the District Court vacated; remanded to the District Court with directions to enter an order dismissing the civil proceeding under 29 M.R.S.A. § 1312–C."

All concurring.